UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF OPERATING
ENGINEERS CONSTRUCTION INDUSTRY
HEALTH AND SECURITY FUND, *et al.*,

          Plaintiffs,

    v.

509 EXCAVATING LLC,

          Defendant,

    v.

MAX J. KUNEY COMPANY,

          Garnishee.

Case No. MC20-0043RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, 509 Excavating LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Max J. Kuney Company. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on June 12, 2020.

Dated this 18th day of June, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT